UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DARRICK RUSSELL LAMM,

    Plaintiff,

v.

SONOMA COUNTY PUBLIC HEALTH DEPARTMENT, et al.,

    Defendants.

Case No. 21-cv-02135-BLF (PR)

**ORDER OF DISMISSAL**

    Plaintiff, an inmate at the Sonoma County Main Adult Detention Facility, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983.[1] Dkt. No. 1. On April 22, 2021, mail sent to Plaintiff was returned as undeliverable and the letters "NIC" (Not In Custody), written on the envelope. Dkt. No. 4 at 1. Plaintiff has not provided the Court with a new address and has had no further communication with the Court.

    Pursuant to Northern District Local Rule 3-11, a party proceeding *pro se* must promptly file a notice of change of address while an action is pending. *See* Civ. L.R. 3-11(a). The Court may, without prejudice, dismiss a complaint when: (1) mail directed to

---

[1] Plaintiff's case was reassigned to this Court on April 27, 2021. Dkt. No. 6.

the *pro se* party by the Court has been returned to the Court as not deliverable, and (2) the Court fails to receive within sixty days of this return a written communication from the *pro se* party indicating a current address. See Civ. L.R. 3-11(b).

More than sixty days have passed since the mail addressed to Plaintiff was returned as undeliverable. The Court has not received a notice from Plaintiff regarding a new address. Accordingly, the instant civil rights action is **DISMISSED** without prejudice pursuant to Rule 3-11 of the Northern District Local Rules.

The Clerk shall terminate any pending motions.

**IT IS SO ORDERED.**

Dated: __**June 25, 2021**____

BETH LABSON FREEMAN
United States District Judge