UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRICK RUSSELL LAMM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SONOMA COUNTY PUBLIC HEALTH DEPARTMENT, et. al.,<br><br>　　　　Defendants. | Case No. 21-cv-02135-BLF (PR)<br><br>**JUDGMENT** |

　　　For the reasons stated in the order of dismissal, this action is dismissed without prejudice. Judgment is entered accordingly. The Clerk shall close the file.

　　　**IT IS SO ORDERED.**

Dated: **___June 25, 2021___**

　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　United States District Judge

Judgment
C:\Users\harwellt\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\C0NDMUXO\02135.Lamm_jud.docx